**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6594**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

CRAIG A. MURPHY,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:96-cr-00066-REP-17)

Submitted:  August 29, 2011     Decided:  September 13, 2011

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Craig A. Murphy, Appellant Pro Se. David Novak, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig A. Murphy appeals the district court's order denying his motions to reduce his sentence under 18 U.S.C. § 3582(c) (2006) and pursuant to the All Writs Act. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. United States v. Murphy, No. 3:96-cr-00066-REP-17 (E.D. Va. Apr. 7, 2011). We have reviewed Murphy's challenge to his sentence under the All Writs Act and conclude that this extraordinary remedy is not available in this instance. See United States v. Carlisle, 517 U.S. 416, 429 (1996); United States v. Torres, 282 F.3d 1241, 1245 (10th Cir. 2002). Accordingly, the district court properly denied Murphy's motion for that relief. Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED